# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN V. CASSIDY**<br>    **Plaintiff,**<br>  v.<br>**HALYARD HEALTH, INC.**<br>    **Defendant.** | CIVIL ACTION NO. 17-5495 |

### ORDER

**AND NOW,** this 30th day of August 2019, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 31] and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows: The claims of age discrimination are **DISMISSED**; the claims that Defendant failed to accommodate Plaintiff's disability are **DISMISSED**; and the Motion is otherwise **DENIED**.

It is further **ORDERED** that no later than **September 20, 2019,** counsel shall file a written report with the Court as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings. If the parties do not wish to engage in alternative dispute resolution, they shall provide the Court with a joint proposed schedule for trial. In the alternative, the parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge, in which case counsel should complete and submit the attached form to the Clerk of Court.

It is so **ORDERED.**

                  BY THE COURT:

                  /s/ Cynthia M. Rufe
                  _____
                  **CYNTHIA M. RUFE, J.**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
|  | ) |  |
| *v.* | ) | *Civil Action No.* |
|  | ) |  |
| *Defendant* | ) |  |

## CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.*

*Parties' Printed Names:*   *Signatures of Parties or Attorneys:*   *Dates:*

### Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

*District Judge's signature*

**Date:**

*(Printed Name and Title)*

*Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.*

*(05/2013)*

Print     Save As...     Reset